IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARIA RICO,

        Plaintiff,     8:13CV58

  vs.

JBS USA, LLC,     ORDER

        Defendant.

      This matter is before the court on the motion (Filing No. 14) of Jon Rehm to withdraw as counsel for the plaintiff.  Mr. Rehm filed an affidavit in support of the motion.  Mr. Rehm states his client instructed him to "drop the case" because she was unhappy with his handling of another case.  Mr. Rehm also seeks to stay proceedings to allow the plaintiff an opportunity to obtain substitute counsel and for entry of an attorney lien against future settlements or benefits paid to the plaintiff in association with this case, seeking reimbursement for an expense of $82.00.  The motion's certificate of service does not indicate Mr. Rehm served the plaintiff with a copy of the motion.  The court will afford the plaintiff an opportunity to respond to the motion and/or obtain substitute counsel.  Accordingly,

      **IT IS ORDERED**:

      1.   Jon Rehm's motion to withdraw as counsel and for an attorney lien (Filing No. 14) is held in abeyance.

      2.   The plaintiff shall have to **on or before November 4, 2013**, to respond to the motion to withdraw and for an attorney lien by filing a brief with the Clerk of Court.  If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted.  If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding pro se.

      3.   Moving counsel shall serve a copy of his motion and this order on his client and file a certificate of such service with the court, including the plaintiff's last known address.

4. The plaintiff's time to respond to the defendant's Motion to Compel Discovery (Filing No. 13) and all other deadlines are stayed pending resolution of Mr. Rehm's motion.

Dated this 4th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge