IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARIA RICO,

        Plaintiff,

vs.

JBS USA, LLC,

        Defendant.

8:13CV58

ORDER

      This matter is before the court on the motion (Filing No. 14) of Jon Rehm to withdraw as counsel for the plaintiff. Mr. Rehm filed an affidavit in support of the motion. Mr. Rehm states his client instructed him to "drop the case" because she was unhappy with his handling of another case. Mr. Rehm also seeks to stay proceedings to allow the plaintiff an opportunity to obtain substitute counsel and for entry of an attorney lien against future settlements or benefits paid to the plaintiff in association with this case, seeking reimbursement for an expense of $82.00.

      In an order dated October 4, 2013, the court afforded the plaintiff an opportunity to respond to the motion and obtain substitute counsel. **See** Filing No. 15. Additionally the court ordered Mr. Rehm to "serve a copy of his motion and [the October 4, 2013,] order on his client and file a certificate of such service with the court, including the plaintiff's last known address." Mr. Rehm failed to comply with the court's order. Mr. Rehm's failure has delayed the resolution of this case and the administration of justice. Accordingly,

      **IT IS ORDERED**:

      1.    Jon Rehm's motion to withdraw as counsel and for an attorney lien (Filing No. 14) is held in abeyance.

      2.    The plaintiff shall have to **on or before December 16, 2013**, to respond to the motion to withdraw and for an attorney lien by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and

substitute counsel has not entered an appearance, the plaintiff will be considered proceeding pro se.

3. **On or before November 19, 2013,** Mr. Rehm shall serve a copy of his motion, the October 4, 2013, Order, and this order on his client and file a certificate of such service with the court, including the plaintiff's last known address. Failure to comply with this order may result in denial of counsel's motion to withdraw and other sanctions against counsel.

Dated this 14th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge