IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA RICO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JBS USA, LLC,<br><br>　　　　　　Defendant. | | 8:13CV58<br><br><br>ORDER |

This matter is before the court on the motion (Filing No. 14) of Jon Rehm to withdraw as counsel for the plaintiff. Mr. Rehm filed an affidavit in support of the motion. Mr. Rehm states his client instructed him to "drop the case" because she was unhappy with his handling of another case. Mr. Rehm also seeks to stay proceedings to allow the plaintiff an opportunity to obtain substitute counsel and for entry of an attorney lien against future settlements or benefits paid to the plaintiff in association with this case, seeking reimbursement for an expense of $82.00. The plaintiff has now had an opportunity to respond to the motion and obtain substitute counsel. **See** Filing Nos. 15, 17, and 18. The plaintiff did not respond to the motion. Substitute counsel has not made an appearance on her behalf. Accordingly,

　　**IT IS ORDERED**:

　　1.　Jon Rehm's motion to withdraw as counsel and for an attorney lien (Filing No. 14) is granted in part and denied in part.

　　　　a.　Jon Rehm's motion to withdraw as counsel is granted. The plaintiff is considered proceeding pro se and counsel for the defendant may communicate with her directly.

　　　　b.　Jon Rehm's motion for an attorney lien is denied.

　　3.　**On or before January 17, 2013,** the plaintiff shall file a response to the defendant's Motion to Compel Discovery (Filing No. 13). The plaintiff may respond to the defendant's interrogatories and requests for production and file a certificate of service with the court as evidence of compliance. In the alternative, the plaintiff shall file a brief with the court giving legal and factual justification for her failure to provide

discovery and in support of any objections to the discovery.  Failure to comply with this court's order may result in sanctions against the plaintiff in accordance with Federal Rule of Civil Procedure 37, which could include compelling the plaintiff to pay the defendant's costs or dismissing the plaintiff's lawsuit.

4. The Clerk of Court shall mail a copy of this order and the defendant's Motion to Compel (Filing No. 13), with attachments, to the plaintiff at:

>Maria Rico
>617 W. 13th Street
>Grand Island, NE 68801

Dated this 17th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge

2